AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

MAXINE MEHUS

V.

EMPORIA STATE UNIVERSITY

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-2066 KHV

TO: (Name and address of defendant)

Emporia State University
1200 Commercial Street
Emporia, KS 66801-5087

FILED

MAY 28 2003

RALPH L. DeLOACH, Clerk

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Denise Henning
Henning & Bough, P.C.
1044 Main, Suite 500
Kansas City, MO 64105
(816) 221-8442

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480
CLERK

May 15, 2003
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/15/2003 |
| NAME OF SERVER (PRINT) John A. Schwarz | TITLE Investigator |

Check *one* box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served personally on Governor Sebelius, Matt All, lawyer on the governor's staff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/2003
Date

Signature of Server

1048 Main, Suite 500
KCMO 64105
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.