### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| MAXINE MEHUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03-02066-KHV |
| | ) |
| EMPORIA STATE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

COME NOW Lori R. Schultz, Rebecca S. Yocum and Marc McKay of Stinson Morrison Hecker LLP and enter their appearance as counsel of record on behalf of defendant Emporia State University.

Respectfully submitted,

STINSON MORRISON HECKER LLP

By:   /s/ Lori R. Schultz
    Lori R. Schultz    KS # 13446
    Rebecca S. Yocum    KS # 14222
    2600 Grand Avenue
    Kansas City, MO  64108
    (816) 691-2702  telephone
    (816) 474-4208  facsimile
    lschultz@stinsonmoheck.com
    ryocum@stinsonmoheck.com

    Marc D. McKay    D. Kan. #77906
    1201 Walnut Street
    Kansas City, MO  64106
    (816) 691-3342 telephone
    (816) 691-3495 facsimile
    mmckay@stinsonmoheck.com

ATTORNEYS FOR EMPORIA STATE
UNIVERSITY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the United States District Court for the District of Kansas on this 12th day of July, 2004, with notice of case activity generated and sent electronically to:

Anne W. Schiavone
105 5th Street, Suite 401
Kansas City, MO  64106
schiavonelaw@yahoo.com

R. Denise Henning
Stephen R. Bough
Henning & Bough, PC
Kansas City, MO 64105
denisehenning@henningbough.com
stephenbough@henningbough.com

**Attorneys for Plaintiff Maxine Mehus**

Malcolm R. Burns
597 North 604 Road
Lawrence, KS 66047-9009
mburns@idir.net

William Scott Hesse
Office of the Attorney General – Topeka
120 S.W. 10th Avenue, 2nd Flr.
Topeka, KS 66208
hesses@ksag.org

**Attorneys for Defendant Emporia State University**

                                                /s/ Lori R. Schultz
                                            Attorney for Emporia State University